IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| YOURWAY TRANSPORT, INC., *Plaintiff,* v. SUNOVIAN PHARMACEUTICALS, INC., *Defendant.* | CIVIL ACTION NO. 18-4363 |

**PAPPERT, J.**　　　　　　　　　　　　　　　　　　　　　　　　　　April 11, 2019

## ORDER

**AND NOW**, this 11th day of April, 2019, upon consideration of Defendant's Motion to Dismiss (ECF No. 7), Plaintiff's Response (ECF No. 8) and Defendant's Reply (ECF No. 9), it is hereby **ORDERED** that the Motion is **DENIED**.

　　　　　　　　　　　　　　　　　　　　　　　　BY THE COURT:


　　　　　　　　　　　　　　　　　　　　　　　　***/s/ Gerald J. Pappert***
　　　　　　　　　　　　　　　　　　　　　　　　GERALD J. PAPPERT, J.